IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEDIVISION

JACKIE E. MERKISON,

    Petitioner,

v.                                        Case No.  4:14cv376-MW/CAS

JULIE L. JONES,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 9.  Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Petitioner's amended § 2254 petition for habeas corpus, ECF No. 3, is **DENIED**.  Respondent's motion to dismiss, ECF No. 8, is **DENIED as moot**.  A certificate of appealability is **DENIED**, and leave to appeal in forma pauperis is **DENIED**. "   The Clerk shall

substitute Julie L. Jones for Michael D. Crews as Respondent and close the file.

**SO ORDERED on March 18, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
